**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6640**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

TERRON JAMAR WATSON, a/k/a TJ,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior
District Judge.  (7:07-cr-01467-HMH-38)

———————————

Submitted:  June 14, 2012          Decided:  June 20, 2012

———————————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terron Jamar Watson, Appellant Pro Se.  Maxwell B. Cauthen, III,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terron Jamar Watson appeals the district court's order denying his motion seeking specific performance of a plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Watson</u>, No. 7:07-cr-01467-HMH-38 (D.S.C. Feb. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>